**Nelson Eddy WALKER, Petitioner–Appellant,**

v.

**Terry O'BRIEN, Warden; United States of America, Respondents–Appellees.**

No. 06–6717.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 14, 2006.

Decided: Dec. 20, 2006.

Nelson Eddy Walker, Appellant Pro Se.

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nelson Eddy Walker, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2000) petition and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by

the district court. *Walker v. O'Brien,* No. 7:06–cv–00117–gec, 2006 WL 482414 (W.D.Va. filed Feb. 25, 2006 & entered Feb. 27, 2006; Mar. 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*